# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| RAYETTA LEE, | : No. 57 WM 2021 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JUDGE MANCINI HONORABLE JUDGE BEAVER COUNTY COURT OF COMMON PLEAS, | : |
| | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2021, the Application for Leave to File Original Process is GRANTED and the "Petition for Writ of Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.